## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Virginia

Case Number: 1:26-CV-514

Plaintiff:
**Adam Jay Harrison and Ded Run Group, LLC**

vs.

Defendant:
**Aston Martin Lagonda of North America, Inc.**

For:
James Feinman
P. O. Box 697
Lynchburg, VA 24505

Received by Richmond Court Services Inc. to be served on **Aston Martin Lagonda of North America, Inc. c/o CT Corporation System (Registered Agent), 4701 Cox Road, Suite 285, Glen Allen, VA 23060**.

I, Kenneth Condrey, being duly sworn, depose and say that on the **23rd day of February, 2026** at **1:50 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons & Complaint** , to: **Lauren Phillips** as **Authorized Agent** at the address of: **4701 Cox Road, Suite 285, Glen Allen, VA 23060**, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 26th day of February, 2026 by the affiant who is personally known to me.

**Kenneth Condrey**
Process Server

**Richmond Court Services Inc.**
**7742 Robinwood Drive**
**Chesterfield, VA 23832**
**(804) 271-1442**

Our Job Serial Number: RCT-2026000316

NOTARY PUBLIC

KAREN L. RICE
NOTARY
PUBLIC
REG. #355099
MY COMMISSION
EXPIRES
10/31/2029
COMMONWEALTH OF VIRGINIA

## Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CTs capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A.....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*As such, neither CT Corporation System., nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Lauren Phillips        Charmane Cunningham        Jessica Fitzgerald        Alexus Mills

This authorization does not certify the receipt or acceptance of any specific process

*Lauren B. Phillips*

Lauren Phillips
Fulfillment Associate
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Lauren Phillips, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this _11_ day of Oct, 2024.

QUINTINA L. BARTOLOMEI
NOTARY PUBLIC
REG. #360582
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 07/31/2026

Notary Public

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| ADAM JAY HARRISON<br>AND<br>DEAD RUN GROUP, LLC<br><br>_Plaintiff(s)_<br><br>v.<br><br>ASTON MARTIN LAGONDA OF NORTH AMERICA,<br>INC.<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:26-cv-514<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Aston Martin Lagonda of North America, Inc.
Registered Agent:
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney. whose name and address are:    James B. Feinman, Esq.
P.O. Box 697
Lynchburg, VA 24505

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    2/20/2026

_____
_Signature of Clerk or Deputy Clerk_